**No. 62278.**—Armour and Company *v.* United States, protest 279704–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 62279.**—Armour and Company *v.* United States, protests 287619–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 62280.**—International Packers, Ltd. *v.* United States, protest 288797–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 11, 1958

**No. 62281.**—J. J. Boll *v.* United States, protest 323844–K (New York).

Opinion by JOHNSON, J. Since it appeared from the stipulation that duty was assessed because of failure to fully comply with the regulations, in that the certificate of outward manifest was not filed and that the collector waived the